FILED
JUL - 1 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BARBARA G. DAUVEN, THEODORE (TED) E. DAUVEN, CHRISTIANA C. DAUVEN,** | Civil Case No. 09-1471-PK |
| Plaintiffs, | O R D E R |
| v. | |
| **U.S. BANK NATIONAL ASSOCIATION**, as Trustee for MASTR Asset Backed Securities Trust, 2006- WMC2 doing business as U.S. Bank, **WELLS FARGO INCORPORATED**, and John Does, **U. S. BANCORP**, | |
| Defendants. | |

Barbara G. Dauven
Theodore(Ted) E. Dauven
Christiana C. Dauven
13120 SW Thoma Rd.
Lake Oswego, Oregon  97034

Pro Se Plaintiffs

Page 1 - ORDER

Pilar C. French
Megan E. Smith
Lane Powell, PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158

    Attorneys for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on June 7, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#28) dated June 7, 2010 in its entirety.

IT IS HEREBY ORDERED that the court grants defendants' motion to dismiss for lack of subject matter jurisdiction (#21) with leave to amend to correct the defects in the jurisdictional allegations. The court grants defendants' motion to strike (#21). The court grants defendants' motion to dismiss for failure to state a claim and (#21) dismisses the plaintiffs' trespass causes of action (Third and Fourth Causes of Action) with prejudice. The court dismisses plaintiffs'

remaining claims with leave to amend, within thirty days, in a manner consistent with the Findings and Recommendation.

DATED this 30th day of June, 2010.

*[signature]*

GARR M. KING
United States District Judge